IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01475-DME-KLM

CAROL THIELE, LYNN SWANEMYER, and GERALD ULIBARRI,
Individually and on behalf of themselves and the Colorado and New Mexico sub-classes of similarly situated royalty owners,

       Plaintiff,

v.

ENERGEN RESOURCES CORPORATION,

       Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

       Plaintiffs Carol Thiele's and Lynn Swanemyer's Unopposed Motion for Leave to File a Revised Motion for Partial Summary Judgment Against Energen Resources Corporation [Doc. No. 30] is GRANTED.

       DATED:   August 27, 2015