IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01475-DME-KLM

CAROL THIELE, individually and on behalf of the Colorado and New Mexico sub-classes of similarly situated royalty owners,
LYNN SWANEMYER, individually and on behalf of the Colorado and New Mexico sub-classes of royalty owners, and
GERALD ULIBARRI, individually and on behalf of the Colorado and New Mexico sub-classes of royalty owners,

    Plaintiffs,

v.

ENERGEN RESOURCES CORPORATION,,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant Energen Resources Corporation's Unopposed Motion for Entry of Protective Order** [#38][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#38-1] supplied by Defendant is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated: September 2, 2015

---

[1] "[#38]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.