IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01475-DME-KLM

CAROL THIELE and LYNN SWANEMYR, Individually and on behalf of themselves and a class of similarly situated royalty owners,

      Plaintiffs,

vs.

ENERGEN RESOURCES CORPORATION,

      Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

      Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

By /s/ *Robert G. Harken*
Robert G. Harken
Law Offices of George A. Barton, P.C.
7227 Metcalf, Suite 301
Overland Park, KS 66204
Telephone: (913) 563-6251
rob@georgebartonlaw.com

**Attorneys for Plaintiffs**

By /s/ *Christopher A. Chrisman*
Christopher A. Chrisman, Colorado #33132
Jessica M. Schmidt, Colorado #37928
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000
Facsimile: (303) 295-8261
cachrisman@hollandhart.com
jmschmidt@hollandhart.com

Bradford C. Berge, Colorado #9373
HOLLAND & HART LLP
P.O. Box 2208

Santa Fe, NM 87504-2208
Telephone: (505) 954-7284
Facsimile: (800) 565-6693
bberge@hollandhart.com

**Attorneys for Defendant**
**Energen Resources Corporation**

**SO ORDERED**

DATED at Denver, Colorado, this 29TH day of September, 2015.

BY THE COURT:

_____
United States Magistrate Judge Kristen Mix