IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01475-DME-KLM

CAROL THIELE and LYNN SWANEMYER, on behalf of themselves and a class of similarly situated royalty owners,

        Plaintiffs,

v.

ENERGEN RESOURCES CORPORATION,

        Defendant.

## ORDER DENYING ENERGEN'S MOTION FOR STATUS CONFERENCE

Before the Court is Defendant Energen resources Company's motion for a status conference. (Doc. 33.) Because the Court deems a status conference unnecessary at this time, Energen's motion is DENIED, without prejudice to renewal at a later date.

DONE AND SIGNED this __1st__ day of October, 2015.

BY THE COURT:

*s/ David M. Ebel*

U. S. Circuit Court Judge
District of Colorado