IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01475-DME-KLM

CAROL THIELE and LYNN SWANEMYER, on behalf of themselves and a class of similarly situated royalty owners,

        Plaintiffs,

v.

ENERGEN RESOURCES CORPORATION,

        Defendant.

**ORDER DENYING ENERGEN'S MOTION TO STAY BRIEFING ON PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AND CLASS CERTIFICATION**

This matter comes before the Court on Defendant Energen Resources Company's "Motion to Stay Briefing on Plaintiffs' Motions for Partial Summary Judgment and Class Certification." (Doc. 31.) Because briefing on those motions is now complete, the Court DENIES Energen's motion to stay briefing as moot.

DONE AND SIGNED this  1st  day of October, 2015.

                                            BY THE COURT:

                                            *s/ David M. Ebel*

                                            U. S. Circuit Court Judge
                                            District of Colorado