IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-01475-DME-KLM
CAROL THIELE,
LYNN SWANEMYR, AND
GERALD ULIBARRI

        Plaintiffs,

vs.

ENERGEN RESOURCES CORPORATION

        Defendant.

## ORDER GRANTING PLAINTIFF GERALD ULIBARRI'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE HIS CLAIMS AGAINST ENERGEN RESOURCES CORPORATION

On this 1st day of October, 2015, this Court takes up Plaintiff Gerald Ulibarri's unopposed motion to dismiss without prejudice his claims against Defendant Energen Resources Corporation, which are set forth in the second, fourth, sixth, seventh, and eighth claims for relief of the First Amended Class Action Complaint. (Dk. 2). After considering said unopposed motion (Dk. 24) and being duly advised in the matter:

IT IS HEREBY ORDERED that pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Gerald Ulibarri's claims against Defendant Energen Resources Corporation, which are set forth in the second, fourth, sixth, seventh, and eighth claims for relief of the First Amended Class Action Complaint, are dismissed without prejudice. This Order does not affect or pertain to the claims of the other named plaintiffs in this case, Carol Thiele and Lynn Swanemyr.

        BY THE COURT

        *s/ David M. Ebel*

        U.S. Circuit Court Judge
        District of Colorado